**Maurice WHITE, Plaintiff—Appellant,**

v.

**Ms. BALLDOWN; L. Smith,
Defendants—Appellees.**

No. 05–6658.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 6, 2005.

Maurice White, Appellant Pro Se.

Before WILKINSON, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Maurice White appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See White v. Balldown,* No. CA–05–137–3 (W.D.N.C. Apr. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*